INFORMATION SHEET

**CR 12-406**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**KUNTZ, J.**

**POHORELSKY, M.J.**

FILED
2012 JUN 18 AM 10:24
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

1. Title of Case: **United States v. Susan Mocerino**
2. Related Magistrate Docket Number(s):
    None (X)

3. Arrest Date: **N/A**
4. Nature of offense(s): ☒ Felony
    ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:   Less than 6 weeks   (X)
    More than 6 weeks   ( )

7. County in which crime was allegedly committed: <u>Queens</u>
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

10. Capital count included?   ( ) Yes   (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Justin D. Lerer
Assistant United States Attorney
(718) 254-6124

Rev. 3/22/01